UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| LORI A. EL-BAHRI, | ) | Case No. 3:13-bk-4991-JAF |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |

<u>STATEMENT OF STUTSMAN THAMES &
MARKEY, P.A. UNDER 11 U.S.C. § 329 AND RULE 2016(b)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

Pursuant to 11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure, Stutsman Thames & Markey, P.A. states that it has been retained to represent the debtor, Lori A. El-Bahri ("Debtor"), as bankruptcy counsel in connection with this Chapter 7 case. Stutsman Thames & Markey, P.A. is being compensated for its services by Georges and Lori El-Bahri on an hourly basis at rates ranging from $90 per hour for paralegal time to $395 per hour for services provided by Richard R. Thames, Esq. No prepetition retainer was paid.

Within the year preceding the Petition Date, the undersigned has also provided legal services to the Debtor and their closely held businesses in connection with various foreclosure/deficiency claims, some of which may have involved discussions of bankruptcy options. A listing of payments received from Debtor during the preceding year is set forth below:

| Date | Payor | Amount |
|---|---|---|
| March 8, 2013 | Georges and Lori A. El-Bahri, M.D. | $5,141.00 |

The undersigned further states that Stutsman Thames & Markey, P.A. has not shared, or agreed to share (a) any compensation or reimbursement with another person, other than members, partners or regular associates of the undersigned law firm, or (b) any compensation for reimbursement received by another person.

**STUTSMAN THAMES & MARKEY, P.A.**

By */s/ Richard R. Thames*
  Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@stmlaw.net

Attorneys for Lori A. El-Bahri.

## Certificate of Service

I hereby certify that on September 4, 2013, the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case files ("CM/ECF") System, which will send a notice of electronic filing to The Office of the United States Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida 32801 and to all creditors and parties in interest who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*
———————————————
Attorney

20